CLOSED

# U.S. District Court
# Eastern District of New York (Brooklyn)
# CRIMINAL DOCKET FOR CASE #: 1:26-mj-00159-PCG-1

Case title: USA v. He

Date Filed: 08/08/2026

Date Terminated: 08/08/2026

---

Assigned to: Magistrate Judge Peggy Cross-Goldenberg

**Defendant (1)**

**Xiaodong He**
*TERMINATED: 08/08/2026*

represented by **James Darrow**
Federal Defenders of New York
One Pierrepont Plaza
16th floor
Brooklyn, NY 11201
718-407-7419
Fax: 718-855-0760
Email: james_darrow@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 49:46306.F | |

---

**Plaintiff**

**USA** represented by **Amanda Muros-Bishoff**
DOJ-USAO
271-A Cadman Plaza East
Brooklyn, NY 11201
718-254-6010
Email: amanda.muros-bishoff@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Government Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/08/2026 | 1 | RULE 40 AFFIDAVIT by USA as to Xiaodong He by Affiant RULE 5 AFFIDAVIT/ REMOVAL to the Middle District of Florida (DW). (Entered: 08/10/2026) |
| 08/08/2026 | | Arrest (Rule 40) of Xiaodong He (DW) (Entered: 08/10/2026) |
| 08/08/2026 | | Minute Entry for proceedings held before Magistrate Judge Peggy Cross-Goldenberg:Arraignment as to Xiaodong He (1) Count Complaint held on 8/8/2026, Attorney Appointment Hearing as to Xiaodong He held on 8/8/2026, Initial Appearance in Rule 5(c)(3) Proceedings as to Xiaodong He held on 8/8/2026 Appearance entered by James Darrow for Xiaodong He on behalf of defendant. AUSA Amanda Muros-Bishoff present. Defendant present with FDNY James Darrow. Mandarin interpreter Nancy Wu present and sworn on the record. Government agent sworn. Defendant arraigned on a removal complaint to the Middle District of Florida. Defendant waived identity hearing and a preliminary hearing. The government and defense counsel consented to a $ROR bail application. The court granted a $ROR bail application. The defendant was advised of the bond obligations and signed the bond. The defendant was released on a $ROR bond. Rule 5F warning given to the government.(Time Log #11:38-12:16 8/8/2026.) (DW) (Entered: 08/10/2026) |
| 08/08/2026 | 2 | ORDER Setting Conditions of Release as to Xiaodong He (1) $ROR. Ordered by Magistrate Judge Peggy Cross-Goldenberg on 8/08/2026. (DW) (Entered: 08/10/2026) |
| 08/08/2026 | 3 | WAIVER of Rule 5(c)(3) Hearing by Xiaodong He (DW) (Entered: 08/10/2026) |
| 08/08/2026 | 4 | CJA 23 Financial Affidavit by Xiaodong He (DW) (Entered: 08/10/2026) |
| 08/08/2026 | 5 | ORDER: This order is entered pursuant to Federal Rule of Criminal Procedure 5(f) to confirm the prosecution's disclosure obligations under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny, and to summarize the possible consequences of violating those obligations as to Xiaodong He. Ordered by Magistrate Judge Peggy Cross-Goldenberg on 8/08/2026. (DW) (Entered: 08/10/2026) |
| 08/08/2026 | 6 | Notice to Middle District of Florida of a Rule 5 or Rule 32 Initial Appearance as to Xiaodong He. Your case number is: 26 MJ 1933. Docket sheet and documents attached. (If you require certified copies of any documents, please send a request to [InterDistrictTransfer_NYED@nyed.uscourts.gov]. If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov.) (DW) (Entered: 08/10/2026) |