UNITED STATES DISTRICT COURT
for the
Eastern District of New York

United States of America
v.
Xiaoling He
Defendant

Case No. 26 MJ 159

Charging District's Case No. 26 mj. 1937

## WAIVER OF RULE 5 & 5.1 HEARINGS
**(Complaint or Indictment)**

I understand that I have been charged in another district, the (name of other court) M.D. Florida.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

- ☑ an identity hearing ~~and production of the warrant~~.
- ☑ a preliminary hearing.
- ☐ a detention hearing.
- ☐ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that any preliminary or detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 8/8/26

贺小, 晴 [signature]
Defendant's signature

[signature]
Signature of defendant's attorney

JAMES DARROW
Printed name of defendant's attorney