**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CLERK'S MINUTES**

| | | | |
|---|---|---|---|
| **CASE NO:** | **6:26-mj-1933-LHP** | **DATE:** | **August 11, 2026** |
| **HONORABLE LESLIE HOFFMAN PRICE** | | **INTERPRETER:** | **Catherine Finn** |
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**XIADONG HE** | | **LANGUAGE:** | **Mandarin** |
| | | **ASSISTANT U.S. ATTORNEY:**<br>**Rachel Acosta** | |
| | | **DEFENSE COUNSEL:**<br>**Katherine Puzone** | |
| **COURT REPORTER:** | **DIGITAL** | **DEPUTY CLERK:** | **Edward Jackson** |
| **TIME** 10:21-10:46 | **TOTAL: 25 mins** | **PRETRIAL:** | **Juan Cabrera** |
| | | **COURTROOM:** | **5D** |

**PROCEEDINGS: IN-DISTRICT INITIAL APPEARANCE**

(✓) Case called; appearances taken; procedural setting by the Court.

(✓) The Interpreter was sworn.

(✓) The Defendant previously appeared in the Eastern District of New York.

(✓) The Court inquired of the Defendant regarding competency.

(✓) The Defendant was advised of Rule 5c rights.

(✓) Parties were advised of the requirement pursuant to the Due Process Protections Act.

(✓) Oral motion for counsel. Motion was granted, and counsel was appointed.

(✓) Defendant was advised of the charge(s) and penalties in the charging document.

(✓) Oral motion by the Government for modification of Defendant’s conditions of release.

(✓) Issues were addressed.

(✓) The Court denied the motion without prejudice.

(✓) The Government is to file by 5:00 PM on August 12, 2026, a notice stating compliance with the consular notification requirement.

(✓) Status Conference set for August 25, 2026, at 11:00 AM before Judge Hoffman Price.