UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 6:26-mj-1933-LHP

XIAODONG HE

**NOTICE OF CONSULAR NOTIFICATION**

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, hereby confirms that consular notification was made on August 8, 2026.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: */s/ Rachel S. Acosta*

Rachel S. Acosta
Assistant United States Attorney
USA No. 215
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
E-mail: Rachel.Lyons@usdoj.gov

**U.S. v. He** **Case No. 6:26-mj-1933-LHP**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Katherine Puzone
Federal Defender's Officer
*Attorney for Defendant*

/s/ Rachel S. Acosta
Rachel S. Acosta
Assistant United States Attorney
USA No. 215
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
E-mail: Rachel.Lyons@usdoj.gov