**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CLERK'S MINUTES**

| | | | |
|---|---|---|---|
| CASE NO: | 6:26-mj-1933-LHP | DATE: | August 25, 2026 |
| HONORABLE LESLIE HOFFMAN PRICE | | INTERPRETER: | Yan Li |
| UNITED STATES OF AMERICA<br><br>v.<br><br>XIADONG HE | | LANGUAGE: | Mandarin |
| | | ASSISTANT U.S. ATTORNEY:<br>Richard Varadan | |
| | | DEFENSE COUNSEL:<br>Aziza Hawthorne | |
| COURT REPORTER: DIGITAL | | DEPUTY CLERK: | Edward Jackson |
| TIME 11:15-11:26 | TOTAL: 11 mins | PRETRIAL: | Juan Cabrera |
| | | COURTROOM: | 5D |

**PROCEEDINGS: STATUS CONFERENCE**

(✓) Case called; appearances taken; procedural setting by the Court.

(✓) The Interpreter was sworn.

(✓) Issues were addressed.