UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 6:26-cr- 218 - RBD - RMN
49 U.S.C. § 46307

XIAODONG HE

**INFORMATION**

The United States Attorney charges:

**COUNT ONE**
**(Violation of National Defense Airspace)**

On or about July 25, 2026, in the Middle District of Florida, the defendant,

XIAODONG HE,

while operating an unmanned aircraft system, to wit: a DJI Mavic Pro drone, serial number 1581F986C25580021DLZ, did knowingly, and without lawful authority, conduct aircraft operations around the Kennedy Space Center, in Merritt Island, Florida, a location classified by the Federal Aviation Administration as restricted National Defense Airspace, as defined in Notice to Airmen (NOTAM) FDC 5/6874.

In violation of 14 C.F.R. § 99.7, a regulation prescribed under 49 U.S.C. § 40103(b)(3), and 49 U.S.C. §§ 46307 and 40103(b).

GREGORY W. KEHOE
United States Attorney

By: ______________________________
Rachel S. Acosta
Assistant United States Attorney

By: ______________________________
Michael P. Felicetta
Assistant United States Attorney
Chief, Orlando Division